**AFFIDAVIT OF JASON KENTROS IN SUPPORT OF
AN APPLICATION FOR A COMPLAINT**

I, Jason Kentros, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2017.  I am assigned to the FBI Boston Division's Violent Crimes Task Force ("VCTF"), which comprises law enforcement officers from the FBI, Massachusetts State Police ("MSP"), and other local police departments. As a member of the VCTF, I am responsible for investigating kidnappings, murders, robberies, extortion, and other violent crimes. My investigations have included the use of surveillance techniques and the execution of arrest warrants and search, seizure, and arrest warrants.

2.      I make this affidavit in support of an application for a complaint charging Jonas NUNEZ, YOB 1994 ("NUNEZ"), with affecting commerce by robbery, in violation of 18 U.S.C. § 1951.

3.      The statements in this affidavit are based in part on information provided by other law enforcement officers, statements of witnesses, information gleaned from third parties, and on other aspects of my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the complaint.

**PROBABLE CAUSE**

4.      On Sunday, June 12, 2022, at approximately 8:51 p.m., two masked men,[1] both

---

[1] While two of the robbers entered the business masked and displaying guns, there were three individuals believed to have been involved in the robbery. A third man identified by the victim as

displaying firearms, entered the Balance Reflexology Spa in Brookline, MA (the "Brookline Spa") and robbed it. I am aware, based on my interview of the owner of the spa, that the spa offers massage, skin care, and therapeutic services and utilizes products from out of state, employs out of state employees, and processes credit cards as a form of payment for services.

5.      The robbery was initially investigated by the Brookline Police Department.  I have reviewed Brookline police reports and conferred with the Brookline detective assigned to this case, and learned the following information. At approximately 8:51 p.m.,[2] an Asian male entered the Brookline Spa seeking a massage. Because the female victim ("FV1")[3] was the only employee in the spa that night, after the Asian male entered, FV1 locked the door behind him. FV1 described the Asian male to be approximately 5'7" tall, bald, and wearing black rimmed eyeglasses and a gray jumpsuit.

6.      FV1 mentioned that shortly afterwards she heard someone push on the locked door but thought it was just another customer. After bringing the Asian male into the back room to begin the massage, he started to ask if there was anyone else in the spa and that if there was, he would like to see them. FV1 repeatedly stated that she was the only one there. Almost immediately after

---

an Asian male entered the Spa prior to the two masked men seeking a massage. While pretending to be a customer, the Asian male can be seen on surveillance footage arriving to the Spa and exiting the passenger side of a Porsche Cayenne. The Porsche Cayenne the pulls out of camera range and cannot be seen. A short time later the two masked robbers walk around the corner from where the Porsche parked and walk towards the Spa. According to the victim, the Asian male then unlocks the Spa door allowing the robbers to enter the business and rob it. Following the robbery the two masked men and the Asian male walk away from the Spa and turn the corner back towards the Porsche.

[2]  One of the police reports indicates that FVI said the "customer" entered at 1845 hours (6:45 p.m.). As outlined herein, review of surveillance footage and other data shows that the robbery occurred approximately two hours later than that.

[3]  FVI's identity is known to law enforcement but redacted here to protect her privacy.

2

the massage had begun the Asian male excused himself to go to the bathroom. When he returned, he began to get dressed and claimed that his stomach was upset, and he no longer wanted a massage. He demanded a refund and FV1 stated she had to call her boss to approve it. While they were in the lobby and FV1 was on the phone with the spa owner, the Asian male unlocked the front door.

7.      According to FV1, at that time two males entered the business. FV1 described the first individual as a tall white male wearing a hooded sweatshirt, a mask covering his face, and carrying a black handgun. FVI described the second individual as a tall black male dressed in all black with a hood over his head and wearing a facemask, also carrying a black handgun. FV1 stated that one of those two men hit her in the face and knocked her to the floor in the lobby area. She could not recall which male struck her, as her bearings were impacted because she was in a tremendous amount of fear. FVI reported that when she was on the ground, one of the males put a gun to her head. She described the firearms to be black in color and approximately six inches long. FV1 did not see any orange tip or marking that would suggest the firearms were fake. She believed them to be real.

8.      According to FVI, the men then pulled her by her hair into the back hallway, and instructed her to be quiet.  They used duct tape to bind her wrists and ankles and to gag her. FV1 stated as they were doing this, they repeatedly yelled at her, "Where is the money?" According to FV1, the group ransacked the spa searching for money for approximately three minutes. They located some cash in a room under a pad of paper. FV1 estimates that approximately $500 was stolen. As the men were exiting, they stole FV1's cell phone. FV1 recalled that the Asian male was not wearing gloves or a mask but was unsure if the other two suspects were.

3

9.      According to the report, responding police collected evidence, including an interior camera that, according to FVI, one of the suspects physically manipulated so that it would be facing toward the wall on which it was mounted, and slippers worn by the Asian male "customer," which have been submitted for fingerprint and DNA processing, respectively. Brookline Police also collected a latent fingerprint from the bathroom door, which is also pending analysis.

10.     I have reviewed surveillance footage recorded by various cameras that cover certain areas in the vicinity of the Brookline Spa.  Based on my review of that footage, I believe that all three men – the "customer" and two masked robbers – arrived at the Brookline Spa together and left the Brookline Spa together.  For example, at approximately 8:37 p.m., one of these cameras ("Camera 1"), captured images of a beige/gold Porsche Cayenne arriving and parking near the Brookline Spa. Approximately two minutes later, an individual wearing grey clothing, a black hat with a white emblem, and black sneakers with white soles can be seen exiting the passenger-side door of the Porsche and walking towards the Brookline Spa, ultimately walking beyond the range of Camera 1.

11.     At approximately 8:46 p.m., Camera 1 footage depicts the Porsche pulling forward and out of range and a second camera ("Camera 2"), captured footage of the vehicle parking nearby. At this point Camera 2 ceased recording continuous action and instead began capturing still images at intervals of approximately eight to ten seconds. Images captured thereafter show the internal light the Porsche turned on, the driver's side door apparently cracked open, and another individual exiting the rear passenger-side door of the Porsche.

12.     Video footage captured by Camera 1 at approximately 8:48:23 p.m. then shows two individuals, one wearing a black hooded jacket and the other wearing a grey sweatshirt with distinctive letter, walking in the direction of the Brookline Spa. A third camera ("Camera 3")

captured images of the same two individuals walking towards the Spa, up and down the street on which the entrance to the Spa is located.

13. Images captured by Camera 3[4] beginning at 8:57:25 p.m. show the same three individuals proceeding away from the Spa and towards the Porsche. An image recorded at 8:58:12 p.m. shows the Porsche departing the vicinity of the Spa. The Porsche is not seen again.

14. One of the individuals depicted in this surveillance footage appears to be wearing a black jacket with a "V" shaped design across the chest, a black hat, blue jeans, and white sneakers. He appears, at times, to be holding a white phone (or a phone in a white case).

15. I am aware that following the Brookline robbery, a similar robbery occurred at approximately 10:19 p.m. at a spa in Stoneham, MA ("the Stoneham Spa"). Surveillance footage shows, at approximately 9:33 p.m., a vehicle that appears to be the same as or similar to the beige/gold Porsche Cayenne described above driving to the exterior area of the Stoneham Spa. Approximately 20 minutes later, three masked men, one of whom was armed with a firearm, robbed the Stoneham Spa. Surveillance footage from the interior of the Stoneham Spa shows that one of the robbers is wearing a black hooded jacket with a "V" shaped design across the chest, blue jeans, and white sneakers. At present, one individual has been charged with that robbery: Alfeu BARBOSA. *See* Docket 22-mj-1269-DLC.

### Identification of Jonas NUNEZ

16. I have reviewed call detail records for the known phone number of BARBOSA. Between April 28, 2022 and June 30, 2022, BARBOSA had 39 contacts with a number ending in

---

[4] As in the case with Camera 2, Camera 3 was not recording continuous action and only depicts still images of these events in approximate eight-to-ten second intervals.

5707 ("the 5707 number"), including at least once on June 12, 2022, the date of the Brookline and Stoneham robberies.

17.     FBI searched a law enforcement database that aggregates records held by various third parties, such as consumer bureaus, nationwide telephone companies, and phone networks for the 5707 number.  Various results for this search indicated that the number was associated with an individual named Jonas NUNEZ, YOB 1984 ("NUNEZ").   In response to a federal search warrant, T-Mobile identified NUNEZ as the subscriber to the 5707 number.

18.     In response to a federal search warrant, T-Mobile provided cell site location data for the 5707 number, which shows that on June 12, 2022, the phone assigned that number was connecting with a cell tower in the vicinity of the Brookline Spa between the hours of 7:00 p.m. and 8:58 p.m. The data also shows that the phone assigned the 5707 number connected with a cell tower in the vicinity of NUNEZ's residence in Belmont, Massachusetts at 10:47 p.m.

19.     I have consulted Massachusetts Registry of Motor Vehicle records, which show that a 2006 Porsche Cayenne assigned Massachusetts registration "2GYN41" ("NUNEZ's Porsche") is registered to Nunez at an address in Cambridge. I have reviewed footage captured of NUNEZ's Porsche by a license plate reader on July 7, 2022 in Everett, Massachusetts. Based upon my review of the Stoneham and Brookline surveillance footage depicting a beige/gold Porsche Cayenne at or near the scene of the robberies and my review of the July 7, 2022 image of NUNEZ's Porsche, I believe the vehicles are the same. They appear to be the same color, make, and model, and both vehicles appear to have a missing rear windshield wiper and a tinted license plate cover. The images are depicted below (Everett, Brookline, Stoneham, respectively):

 



20.     I have reviewed NUNEZ's criminal history and know that he was convicted on May 31, 2011 in Middlesex Superior Court of armed assault to rob, assault with a dangerous weapon, assault and battery, possession of a firearm, and threats, for which he was sentenced to two and a half years' incarceration and a consecutive five-year term of probation. According to his record, NUNEZ completed his probation on or about May 11, 2017.  I am aware that the offense underlying that conviction involved NUNEZ's robbery of a Medford variety store at gunpoint. I have reviewed NUNEZ's booking photo from that incident.

21.     NUNEZ's NCIC criminal history lists his height as 6'1" and weight as 225 pounds. His Board of Probation record lists the same height but indicates that his weight is 240 pounds. Records maintained by the Massachusetts Registry of Motor Vehicles list his height as 6'1" but

do not list his weight. I have reviewed the photograph associated with his Massachusetts driver's license.

22.     During the surveillance on July 14, 2022 in Somerville, MA, agents observed NUNEZ operating the 2006 Porsche Cayenne and carrying a white phone (or a phone in a white case). Included below are: a photograph from the Brookline surveillance of the robber holding a phone that is either white or contained in a white case; a photograph of NUNEZ holding a phone that is either white or contained in a white case; NUNEZ's 2009 booking photo; and NUNEZ's RMV photo:

 

 

23.     On July 14, 2022, agents observed NUNEZ's Porsche driving in Chelsea, MA. Agents later observed NUNEZ parking the Porsche in a parking lot adjacent to an apartment building in Belmont, MA.  Agents subsequently obtained records showing that NUNEZ holds a lease to an apartment in that building and that he provided the 5707 number (which he used to contact BARBOSA on the date of the Brookline and Stoneham robberies) in connection with that lease.

24.     I have reviewed surveillance footage from NUNEZ's apartment building, which shows that NUNEZ arrived at his residence at approximately at 11:12 p.m. on June 12, 2022, the date of the Brookline and Stoneham robberies.[5] Minutes before NUNEZ walks into the building, a car that I believe to be NUNEZ's Porsche can be seen pulling into the parking lot of the residence, and the driver can be seen changing his clothing in and around the vehicle. NUNEZ is then depicted on surveillance footage walking into the building wearing a white collared shirt. NUNEZ appears to be wearing the same jeans and white mesh style sneakers worn by the Brookline robber who wore the black jacket with the "V" shaped design across the chest. Furthermore, review of surveillance footage from the residence on July 28, 2022 shows NUNEZ walking into the building wearing a black hooded jacket with a "V" shaped design across the chest.  I believe it is the same jacket depicted on each of these occasions and that NUNEZ is the individual pictured on each occasion. The pictures below are taken from the residence on June 12, 2022, the residence on July

---

[5] While the surveillance footage from the residence depicts a time stamp of 10:09 p.m., I have verified that the time reflected in the surveillance footage is one hour and two minutes slow. The actual time of this footage is 11:12 p.m.

28, 2022 (two stills), a Brookline Spa exterior camera on June 12, 2022, and a Stoneham Spa

interior camera on June 12, 2022:



25.     Based in part upon my review of surveillance footage from the Brookline and

Stoneham robberies, NUNEZ's driver's license photograph, NUNEZ's 2009 Medford Police

booking photograph, in-person surveillance of NUNEZ in July 2022, and surveillance footage

from NUNEZ's Belmont residence, I believe that NUNEZ is the individual who was wearing the black hooded jacket in the Brookline footage.

## **CONCLUSION**

26.     Based on the foregoing, I submit that there is probable cause to believe that on June 12, 2022, in Brookline, Massachusetts, NUNEZ did obstruct, delay and affect, in any way and degree, commerce and the movement of any article and commodity in commerce, by robbery, as that term is defined in Title 18, United States Code, section 1951; that is, by taking and obtaining property, consisting of money and other valuable items, from the owners of the property against their will by means of actual and threatened force, violence, and fear of injury, in violation Title 18, United States Code, Section 1951.

Respectfully submitted,

JASON KENTROS
Special Agent, FBI

Sworn to before me in accordance with Fed. Rule Crim. P. 4.1 on August 11, 2022.

HONORABLE DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE

11